## ATLAS IP, LLC, Appellant

v.

## ST. JUDE MEDICAL, INC., St. Jude Medical S.C., Inc., Pacesetter, Inc., Biotronik, Inc., Appellees

2017-1395

United States Court of Appeals,
Federal Circuit.

March 13, 2018

MATTHEW TOPIC, Loevy & Loevy, Chicago, IL, argued for appellant.

MATTHEW A. SMITH, Smith Baluch LLP, Washington, DC, argued for all appellees.

JEFFREY M. OLSON, SOA Legal, Los Angeles, CA, for appellee Biotronik, Inc. Also represented by SAMUEL N. TIU, Sidley Austin LLP, Los Angeles, CA.

(Prost, Chief Judge, Clevenger and Linn, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**